IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY JOSSEY,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3826

Opinion filed December 12, 2014.

An appeal from the Circuit Court for Duval County.
J. Bradford Stetson, Judge.

Nancy A. Daniels, Public Defender, and Richard M. Summa, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  Larry Jossey appeals his conviction for armed robbery raising several issues, each of which we affirm. He asked this court to apply the reasoning of <u>Rosemond v. United States</u>, 134 S. Ct. 1240 (2014), to find error in Florida's standard jury instruction on principals, because it allowed defendant to be convicted as a

principal for robbery with the use of a firearm based upon evidence that he intended that the robbery be committed without requiring any showing that he intended that a firearm be used. We do not reach this issue because defendant did not object below and he failed to establish fundamental error.

AFFIRMED.

PADOVANO, RAY, and OSTERHAUS, JJ., CONCUR.